```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
HENRY TUCKER,                                                          :
                                                                       :
                              Plaintiff,                               :
                                                                       :         22 Civ. 8146 (JPC)
              -v-                                                      :
                                                                       :         ORDER
TURKO TEXTILE LLC,                                                     :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

     On October 3, 2022, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 5. Defendant's deadline to respond to the Complaint was therefore October 24, 2022. *See* Fed. R. Civ. P. 12(a)(1(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until November 7, 2022. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by November 14, 2022.

     SO ORDERED.

Dated: October 31, 2022  
       New York, New York

                                                             JOHN P. CRONAN  
                                                  United States District Judge