UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
HENRY TUCKER, :
:
                Plaintiff, :
: 22 Civ. 8146 (JPC)
   -v- :
: ORDER
TURKO TEXTILE LLC, :
:
                Defendant. :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On October 31, 2022, the Court directed Plaintiff to seek a certificate of default by November 14, 2022, if Defendant once again failed to respond to the Complaint. That deadline has passed, and the docket does not reflect an answer from Defendant or a request for issuance of a certificate of default from Plaintiff. Accordingly, Plaintiff shall have an additional seven days to seek a certificate of default. Failure to do so may result in an order dismissing the case for failure to prosecute.

      SO ORDERED.

Dated: November 16, 2022
       New York, New York
                                                  JOHN P. CRONAN
                                                    United States District Judge